| | | | |
|---|---|---|---|
| **EL TIEMPO GLOBAL, LTD.** <br> 1314 Texas Avenue Suite 300 <br> Houston, Texas 77002 <br> Phone: 713.400.5444 | 01/09 | TEXAN BANK <br> 16/1131 | **101** <br> 10/30/2013 |

**EXHIBIT C**

PAY TO THE ORDER OF: MKWW Enterprises     $ **52,902.35

Fifty-Two Thousand Nine Hundred Two and 35/100************************************************************ DOLLARS

MKWW Enterprises
1314 Montrose Blvd
Houston, TX 77014

▲ TAMPER RESISTANT TONER AREA ▲

MEMO

*Nicole Elen*

⑊"000101⑊" ⑊:113194162⑊:5000007396⑊"

---

| EL TIEMPO GLOBAL, LTD. | | | **101** |
|---|---|---|---|
| MKWW Enterprises | | 10/30/2013 | |
| | Webster Expenses thru 10/28/2013 | | 52,902.35 |

TEXAN BANK     52,902.35

| EL TIEMPO GLOBAL, LTD. | | | **101** |
|---|---|---|---|
| MKWW Enterprises | | 10/30/2013 | |
| | Webster Expenses thru 10/28/2013 | | 52,902.35 |

**PAYMENT RECORD**

TEXAN BANK     52,902.35


29706 649677 (8/13)


018721


Rev 11/11

**EL TIEMPO GLOBAL, LTD.** 01/09
1314 Texas Avenue Suite 300
Houston, Texas 77002
Phone: 713.400.5444

**TEXAN BANK**
88-9416/1131

104

11/8/2013

PAY TO THE ORDER OF  MKWW Enterprises      $ **11,543.98

Eleven Thousand Five Hundred Forty-Three and 98/100********************************************************** DOLLARS




MKWW Enterprises
1314 Montrose Blvd
Houston, TX  77014

▲ TAMPER RESISTANT TONER AREA ▲

*Nicole Elem*

MEMO  Webster Draw

⑆000104⑆ ⑈113194162⑈ 5000007396⑈

---

| EL TIEMPO GLOBAL, LTD. | | | | 104 |
|---|---|---|---|---|
| MKWW Enterprises | | | 11/8/2013 | |
| | | Webster Daw | | 11,543.98 |

| TEXAN BANK | Webster Draw | | | 11,543.98 |
|---|---|---|---|---|
| **EL TIEMPO GLOBAL, LTD.** | | | | 104 |
| MKWW Enterprises | | | 11/8/2013 | |
| | | Webster Draw | | 11,543.98 |

**PAYMENT RECORD**

TEXAN BANK    Webster Draw                          11,543.98


29706  649677 (8/13)


018721


Rev 11/11



**EL TIEMPO GLOBAL, LTD.** 01/09
1314 Texas Avenue Suite 300
Houston, Texas 77002
Phone: 713.400.5444

**PATRIOT BANK**
35-2515/1130

313

11/15/2013

PAY TO THE ORDER OF    MKWW Enterprises          $ **59,568.27

Fifty-Nine Thousand Five Hundred Sixty-Eight and 27/100************************************************ DOLLARS

MKWW Enterprises
1314 Montrose Blvd
Houston, TX 77014

*Nicole Elm*

MEMO   Webster expenses

⑆000313⑆ ⑈113025150⑈ 1000043363⑈    70

---

| EL TIEMPO GLOBAL, LTD. | | | 313 |
|---|---|---|---|
| MKWW Enterprises | | 11/15/2013 | |
| | Webster Expenses | | 59,568.27 |

| Patriot Bank - Operati | Webster expenses | | 59,568.27 |

| EL TIEMPO GLOBAL, LTD. | | | 313 |
|---|---|---|---|
| MKWW Enterprises | | 11/15/2013 | |
| | Webster Expenses | | 59,568.27 |

| Patriot Bank - Operati | Webster expenses | | 59,568.27 |

**PAYMENT RECORD**


617856 (9/11)


017851


Rev 02/11

**EL TIEMPO GLOBAL, LTD.** 01/09
1314 Texas Avenue Suite 300
Houston, Texas 77002
Phone: 713.400.5444

**TEXAN BANK**
88-9416/1131

**109**

11/22/2013

PAY TO THE ORDER OF: MKWW Enterprises      $ **68,842.81

Sixty-Eight Thousand Eight Hundred Forty-Two and 81/100************************************************************ DOLLARS

MKWW Enterprises
1314 Montrose Blvd
Houston, TX 77014

▲ TAMPER RESISTANT TONER AREA ▲

MEMO  Webster Expenses

⑈000109⑈ ⑆113194162⑆ 5000007396⑈

---

| | | | |
|---|---|---|---|
| EL TIEMPO GLOBAL, LTD. | | | 109 |
| MKWW Enterprises | | 11/22/2013 | |
| | Webster Expenses | | 68,842.81 |

TEXAN BANK    Webster Expenses    68,842.81

| | | | |
|---|---|---|---|
| EL TIEMPO GLOBAL, LTD. | | | 109 |
| MKWW Enterprises | | 11/22/2013 | |
| | Webster Expenses | | 68,842.81 |

**PAYMENT RECORD**

TEXAN BANK    Webster Expenses    68,842.81

  

**EL TIEMPO GLOBAL, LTD.** 01/09
1314 Texas Avenue Suite 300
Houston, Texas 77002
Phone: 713.400.5444

**PATRIOT BANK**
35-2515/1130

**354**

1/10/2014

PAY TO THE ORDER OF: MKWW Enterprises      $ **33,625.69

Thirty-Three Thousand Six Hundred Twenty-Five and 69/100************************************************************ DOLLARS

MKWW Enterprises
1314 Montrose Blvd
Houston, TX 77014

*Nicole Elem* (signature)

MEMO: Webster expenses

⑆000354⑆ ⑈113025150⑈ 1000043363⑈    70

| | | | |
|---|---|---|---|
| EL TIEMPO GLOBAL, LTD. | | | 354 |
| MKWW Enterprises | | 1/10/2014 | |
| | Webster expenses | | 33,625.69 |
| | | | |
| Patriot Bank - Operati | Webster expenses | | 33,625.69 |
| EL TIEMPO GLOBAL, LTD. | | | 354 |
| MKWW Enterprises | | 1/10/2014 | |
| | Webster expenses | | 33,625.69 |
| | | | |
| Patriot Bank - Operati | Webster expenses | | 33,625.69 |

**PAYMENT RECORD**

29702 649444 (8/13)    017851    Rev 11/11

```
                    CASH ONLY IF ALL CheckLock  SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

                                                                                          364
        EL TIEMPO GLOBAL, LTD.  01/09              PATRIOT BANK
               1314 Texas Avenue  Suite 300        35-2515/1130
               Houston, Texas  77002                                                  1/17/2014
               Phone: 713.400.5444

  PAY TO THE   MKWW Enterprises                                           $  **10,000.00
  ORDER OF

  Ten Thousand and 00/100*********************************************************
                                                                                     DOLLARS

     MKWW Enterprises                     ▲ TAMPER RESISTANT TONER AREA ▲
     1314 Montrose Blvd
     Houston, TX  77014
                                                                     [signature]
  MEMO   Webster expenses

              "000364"  :113025150:  1000043363"         70
```

| EL TIEMPO GLOBAL, LTD. | | | 364 |
|---|---|---|---|
| MKWW Enterprises | | 1/17/2014 | |
| | Webster expenss | | 10,000.00 |

| Patriot Bank - Operati | Webster expenses | | 10,000.00 |

| EL TIEMPO GLOBAL, LTD. | | | 364 |
|---|---|---|---|
| MKWW Enterprises | | 1/17/2014 | |
| | Webster expenss | | 10,000.00 |

**PAYMENT RECORD**

| Patriot Bank - Operati | Webster expenses | | 10,000.00 |

29702  649444 (8/13)            017851            Rev 11/11

**EL TIEMPO GLOBAL, LTD.** 01/09
1314 Texas Avenue Suite 300
Houston, Texas 77002
Phone: 713.400.5444

**PATRIOT BANK**
35-2515/1130

**376**

2/7/2014

PAY TO THE ORDER OF: MKWW Enterprises

$ **90,350.99

Ninety Thousand Three Hundred Fifty and 99/100************************************************************ DOLLARS

MKWW Enterprises
1314 Montrose Blvd
Houston, TX 77014

MEMO  Webster expenses

⑈000376⑈ ⑆113025150⑆ 1000043363⑈   70

---

| EL TIEMPO GLOBAL, LTD. | | | 376 |
|---|---|---|---|
| MKWW Enterprises | | 2/7/2014 | |
| | Webster Draw | | 90,350.99 |

Patriot Bank - Operati    Webster expenses                                                90,350.99

| EL TIEMPO GLOBAL, LTD. | | | 376 |
|---|---|---|---|
| MKWW Enterprises | | 2/7/2014 | |
| | Webster Draw | | 90,350.99 |

**PAYMENT RECORD**

Patriot Bank - Operati    Webster expenses                                                90,350.99


29702 649444 (8/13)


017851


Rev 11/11

**EL TIEMPO GLOBAL, LTD.** 01/09
1314 Texas Avenue Suite 300
Houston, Texas 77002
Phone: 713.400.5444

**PATRIOT BANK**
35-2515/1130

426

4/4/14

PAY TO THE ORDER OF: MKWW          $ 92,033.36

Ninety Two Thousand thirty three & 36/100 — DOLLARS

MEMO

Signature: David ___

⑆000426⑆ ⑈113025150⑈ 1000043363⑈   70

EL TIEMPO GLOBAL, LTD.                                426



EL TIEMPO GLOBAL, LTD.                                426

PAYMENT RECORD

**EL TIEMPO GLOBAL, LTD.** 01/09
1314 Texas Avenue Suite 300
Houston, Texas 77002
Phone: 713.400.5444

**PATRIOT BANK**
35-2515/1130

425

4/4/14

PAY TO THE ORDER OF **MKWW** $ 100,000.00

ONE Hundred Thousand & 00/100 —————— DOLLARS

MEMO

David J. F[...]

⑈000425⑈ ⑆113025150⑆ 1000043363⑈  70

EL TIEMPO GLOBAL, LTD.  425

EL TIEMPO GLOBAL, LTD.  425

PAYMENT RECORD

Rev 11/11