IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DOMCO, INC., and MKWW MANAGEMENT INC., § § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. H-14-2736 |
| § | |
| LIQUID GOLD HOSPITALITY GROUP, LLC, STEPHEN ROSS, NICOLE ELAM, KEITH MAGRUDER, JASON FELT and DAVID FELT, § § § § § | |
| Defendants. § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation and the objections filed thereto, the court is of the opinion that the Memorandum and Recommendation should be adopted by this court.

The court therefore declines to exercise supplemental jurisdiction over MKWW's state law claims for the reasons stated in the Memorandum and Recommendation. It is therefore **ORDERED** that MKWW's state law claims be **DISMISSED** without prejudice.

It is further **ORDERED** that Domco's claims be **STAYED** pending resolution of MKWW's state law claims in state court. Domco is **ORDERED** to file status reports with the court every ninety days until that state court lawsuit is resolved.

Signed at Houston, Texas, this 30th day of September, 2015.

SIM LAKE
UNITED STATES DISTRICT JUDGE